UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
April 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JF_____
DEPUTY

UNITED STATES OF AMERICA
Plaintiff

v

JACK WILLIAM MCQUESTION
Defendant

INDICTMENT   **1:23-CR-64-RP**

[Ct. 1: 18 U.S.C. § 912 – Impersonating a Federal Officer; Ct. 2: 18 U.S.C. § 2261A – Stalking]

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Impersonating a Federal Officer**
**[18 U.S.C. § 912]**

On or about November 4, 2022, within the Western District of Texas, Defendant,

**JACK WILLIAM MCQUESTION,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Federal Bureau of Investigation engaged in locating and apprehending a person, R.S., charged with crimes and attempted to arrest and detain R.S. for said crimes.

In violation of Title 18, United States Code, Section 912.

## COUNT TWO
### Stalking
### [18 U.S.C. § 2261A]

On or about November 3, 2022, within the Western District of Texas and elsewhere, Defendant,

**JACK WILLIAM MCQUESTION,**

traveled in interstate commerce from Madison, Wisconsin to Austin, Texas with the intent to injure, harass, and place under surveillance with intent to injure, harass, or intimidate another person, R.S., and in the course of and as a result of such traveled engaged in conduct that placed R.S. in reasonable fear of death and serious bodily injury to R.S. and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to R.S., in that defendant attempted to falsely arrest, detain, and abduct R.S.

In violation of Title 18, United States Code, Section 2261A.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *[signature: Michelle E. Fernald]*
FOR: KEITH M. HENNEKE
ASSISTANT UNITED STATES ATTORNEY