UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO:  AU:23-CR-00064(1)-RP |
| | § | |
| (1) Jack William McQuestion | § | |

## LIST OF WITNESSES

| BY    GOVERNMENT | BY    DEFENDANT |
| --- | --- |
| 1. | 1.   Dr. Jill Fodstad |
| 2. | 2.   Jack McQuestion (deft) |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |